PEOPLE *v* STEMPIEN. Appeal from Wayne, Thomas J. Foley, J. Submitted Division 1 January 31, 1972, at Detroit. (Docket No. 11144.) Decided February 18, 1972. Leave to appeal denied, 387 Mich 796.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Angelo A. Pentolino,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, for defendant.

Before: LESINSKI, C. J., and J. H. GILLIS and QUINN, JJ.

Memorandum Opinion. Defendant Donald John Stempien was convicted of larceny from a building, MCLA 750.360; MSA 28.592, and he appeals.

Examination of the record and briefs discloses no error.

Affirmed.